UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> THE STATE OF INDIANA ) <br> Plaintiff(s) ) <br> V. ) <br> INDIANA HARBOR COKE COMPANY, ) <br> SUNCOKE ENERGY, INC. and ) <br> COKENERGY, LLC. ) <br> Defendant(s) ) | Civil Action No.  2:18 CV 35  JVB |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:  Judgment is entered by Consent Decree in favor of the plaintiffs, the United States of America  and the State of Indiana and against the defendants, Indiana Harbor Coke Company,  Suncoke Energy Inc. and Cokenergy, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Joseph S. Van Bokkelen  on a motion for  a Consent Decree.

| | |
|---|---|
| Date  October 26, 2018 | CLERK OF COURT |
| | /s/ Kimberly J. Pastrick |
| | *Signature of Clerk or Deputy Clerk* |